**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Adamis Pharmaceuticals Corporation** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Aardvark Merger Sub, Inc.** <br> **FKA  DMK Pharmaceuticals Corporation** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-2359663** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **50 Division Street, Suite 501** <br> **Somerville, NJ 08876** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Somerset** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Adamis Pharmaceuticals Corporation**_____  Case number (*if known*)_____
      <sub>Name</sub>

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     **3254**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

---

Debtor    **Adamis Pharmaceuticals Corporation**_____    Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Adamis Pharmaceuticals Corporation**
Name

Case number (*if known*) _____

☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Adamis Pharmaceuticals Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

▮ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/02/2024
                    MM / DD / YYYY

X _(signature)_                                              **Seth Cohen**
Signature of authorized representative of debtor              Printed name

Title   **Designated Person**

**18. Signature of attorney**

X _(signature)_                                    Date   2/2/2024
Signature of attorney for debtor                           MM / DD / YYYY

**Michael Busenkell**
Printed name

**Gellert, Scali, Busenkell & Brown LLC**
Firm name

**1201 N. Orange Street, Suite 300**
**Wilmington, DE 19801**

Number, Street, City, State & ZIP Code

Contact phone   **302-425-5812**          Email address   **mbusenkell@gsbblaw.com**

DE 3933
Bar number and State

**AFFILIATED DEBTOR ENTITIES**

| Entity Name | Last Four EIN | Address |
|---|---|---|
| DMK Pharmaceuticals Corporation | 9727 | 50 Division Street, Suite 501 Somerville, New Jersey 08876 |
| Adamis Corporation | 4912 | 50 Division Street, Suite 501 Somerville, New Jersey 08876 |
| Adamis Pharmaceuticals Corporation | 9663 | 50 Division Street, Suite 501 Somerville, New Jersey 08876 |
| Biosyn, Inc. | 4982 | 50 Division Street, Suite 501 Somerville, New Jersey 08876 |
| Rhombus Pharmaceuticals Corporation | 6127 | 50 Division Street, Suite 501 Somerville, NJ 08876 |
| US Compounding, Inc. | 7460 | 50 Division Street, Suite 501 Somerville, NJ 08876 |

**Fill in this information to identify the case:**

Debtor name    **Adamis Pharmaceuticals Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/02/2024          X  _____
                                    Signature of individual signing on behalf of debtor

                                    **Seth Cohen**
                                    Printed name

                                    **Designated Person**
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Adamis Pharmaceuticals Corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 800 Meters Strategic Communications, LLC 319 Penns Chapel Road Mandeville, LA 70471 | | PR/IR/Lobbying | | | | $99,626.52 |
| Academisch Ziekenhuis Leiden h.o.d.n LUM Albinusdreef 2 2333 ZA Leiden NETHERLANDS | | Pharma services | | | | $125,000.00 |
| Broadridge Broadridge ICS P.O. Box 416423 Boston, MA 02241-6423 | | Proxy/Stock related services | | | | $234,938.68 |
| Catalent Belgium 14 Schoolhouse Road Somerset, NJ 08873 | | Manufacturing services | Disputed | | | $1,824,699.80 |
| Covington & Burling LLP One CityCenter 850 Tenth Street N.W. Washington, DC 20001 | | PR/IR/Lobbying | | | | $215,281.02 |
| Curia Wisconsin, Inc 870 Badger Circle Grafton, WI 53024 | | Pharma services | | | | $101,581.29 |
| Fortrea Inc. 8 Moore Drive Durham, NC 27709 | | Pharma services | Disputed | | | $1,655,779.65 |

Debtor    **Adamis Pharmaceuticals Corporation**                Case number *(if known)* _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gerresheimer Bunde GmbH Erich-Martens-Strasse 26-32 Bunde, 32257 DENMARK | | Manufacturing services | | | | $293,609.35 |
| K&L Gates PO Box 844255 Boston, MA 02284-4255 | | Legal services | | | | $126,804.71 |
| Latham & Watkins LLP 555 West Fifth Street Los Angeles, CA 90013-1020 | | Legal services | | | | $446,025.01 |
| Matrix Biomed, Inc. 2301 Dupoint Drive Irvine, CA 92612-7532 | | Pharma services | | | | $179,059.00 |
| Pacific North Court Holdings c/o American Assets Trust Management LLC 3420 Carmel Mountain Rd Suite 100 San Diego, CA 92121 | | | Disputed | | | $135,470.46 |
| Phillips-Medisize LLC 2222 Wellington Court Lisle, IL 60532 | | Manufacturing services | | | | $1,697,551.17 |
| Raymond James & Associates, Inc. 880 Carillon Parkway Saint Petersburg, FL 33716 | | Banking services | Disputed | | | $509,000.00 |
| Reed Smith LLP 2672 Paysphere Circle Chicago, IL 60674 | | | | | | $499,673.05 |
| Sandoz Inc. 100 College Road West Princeton, NJ 08540 | | | Disputed | | | $263,002.61 |

Debtor    **Adamis Pharmaceuticals Corporation**                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Food and Drug Administration P.O. Box 979107 St. Louis, MO 63197-9000 | | Key regulator | Disputed | | | $1,484,058.92 |
| US WorldMeds Venture, LLC 4441 Springdale Rd Louisville, KY 40241-1086 | | | Disputed | | | $199,938.47 |
| Vinson & Elkins LLP 1001 Fannin Street Houston, TX 77002 | | Legal services | | | | $1,279,197.66 |
| Weintraub Tobin Chediak Coleman 400 CAPITOL MALL ELEVENTH FLOOR Sacramento, CA 95814 | | Legal services | | | | $432,380.74 |

**United States Bankruptcy Court**
**District of Delaware**

In re    __Adamis Pharmaceuticals Corporation__ _____    Case No. _____

                                            Debtor(s)    Chapter    **11** _____


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Adamis Pharmaceuticals Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_2/2/2024_____
Date

_____
**Michael Busenkell**
Signature of Attorney or Litigant
Counsel for    **Adamis Pharmaceuticals Corporation** _____
**Gellert, Scali, Busenkell & Brown LLC**
**1201 N. Orange Street, Suite 300**
**Wilmington, DE 19801**
**302-425-5812**
**mbusenkell@gsbblaw.com**